# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MU'MIT MUHAMMAD, | : | |
| Petitioner | : | |
| | : | No. 1:17-cv-00548 |
| v. | : | |
| | : | (Judge Rambo) |
| TAMMY FERGUSON | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 12th day of June 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Keith Drain a.k.a Mu'mit Muhammad's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. Nos. 1, 9, 10), is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

                          s/Sylvia H. Rambo
                          SYLVIA H. RAMBO
                          United States District Judge